

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| CITY OF EL PASO, TEXAS, | § | No. 08-24-00078-CV |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| ALBERT LOPEZ AND LEXBY LOPEZ, | § | of El Paso County, Texas |
| Appellees. | § | (TC#2017DCV0065) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF MAY 2024.


GINA M. PALAFOX, Justice


Before Alley, C.J., Palafox and Soto, JJ.